

# Missouri Court of Appeals
## Southern District

## JULY 29, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33010

    Re:  In re the Marriage of:
    KIMBERLY KAY HARRIS,
    Petitioner-Respondent,
    v.
    FREDRICK RAY HARRIS,
    Respondent-Appellant.

2.  Case No.  SD33095

    Re:  IN THE MATTER OF:
    K.G.C.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No.  SD32931

    Re:  STATE OF MISSOURI,
    Plaintiff-Respondent,
    vs.
    JEREMIAH ASHLEY KIRK,
    Defendant-Appellant.